No. 52958.—Mamary Bros., Inc., et al. *v.* United States, protests 78121–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the facts and the issue herein are the same in all material respects as those presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.